UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF TEXAS

at AUSTIN

| | |
|---|---|
| **Robert A. Heghmann,**<br>*Plaintiff,* | **DOCKET NO.**<br>1:22-cv-00627 LY |
| vs. | August 12, **2022** |
| **Kamela Harris,** Vice President of the United States and President of the United States Senate,<br>*Defendant* | **APPLICATION** |

## PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE

The Plaintiff hereby applies for an Order to Show Cause why the Department of Justice and the Federal Bureau of Investigation should not be Ordered to suspend any further investigation of President Donald J. Trump until this Court rules on the merits of the Plaintiff's Complaint. In the alternative, the Plaintiff requests permission to immediately file a Motion for Declaratory Judgment that the counting of the Electoral College votes on January 6, 2021 was unconstitutional and that the subsequent decree by the Speaker of the House, Nancy Pelosi, that Joseph Biden, was the winner of the 2020 Presidential Election was also unconstitutional.

The Plaintiff respectfully reminds the Court of the first three paragraphs of the Plaintiff's Complaint:

1. As of November 30, 2020, President Donald J. Trump had received Opinions that the Presidential Election of 2020 had been corrupted and, further, that this corruption had tainted the election in the Electoral College rendering it void. One of those Opinions came from the Plaintiff and had been delivered by hand to President Trump's personal attorney in Virginia Beach, Virginia. A copy of that Opinion is attached as Exhibit 1. Based upon these Opinions, President Trump as was his absolute right under Article II, Section 3 declared the election in the Electoral College unconstitutional and instructed Vice President Pence to reject the election in the Electoral College and send the election of the President and Vice President to the House and Senate as provided in the 12th Amendment. This instruction is entirely consistent with the duty of the Vice President as President of the Senate.

2. Under the Constitution, the power of the President under Article II, Section 3 is absolute. The decision of the President to decree that a legislation or an action by a government agency, here the Electoral College, is unconstitutional has the same force of law as a decision by the Supreme Court. Under the Constitution, neither the Department of Justice nor the Vice President have the power or authority to veto this decision by the President. The only recourse to those opposing the decision by the President is the federal courts. Nevertheless, attorneys for the Department of Justice and others without any reference to Article II, Section 3 argued to Vice President Pence that the President had no authority to declare the election in the Electoral College unconstitutional and that Vice President Pence had the authority to reject the decision by the President and certify the results of the Electoral College election. Based upon this advice by the Department of Justice and others, on January 6th, 2021, Vice President Pence certified the results of the Electoral College election and he advised the Speaker of the House, Nancy Pelosi. Based upon this advice the Speaker of the House declared Joseph Biden was the next President of the United States.

If these allegations are true, then not only is Joseph Biden not the President of the United States but Merrick Garland is not the Attorney General of the United

States as his nomination, not being made by the President of the United States, would be void.

The Plaintiff has prepared Motion for Declaratory Judgment that the Counting of the Electoral College Votes on January 6, 2021 was unconstitutional and the subsequent announcement that Joseph Biden had won the Presidential Election of 2020 was also unconstitutional. Obviously, the Plaintiff has prepared a detailed memorandum in Support of the Motion. The only factor holding up the filing of this and two other Motions for Declaratory Judgment is that the Defendant, who was served on July 18, 2022, has failed to Answer or Moved to Dismiss.

While this action is pending, Attorney General Garland is doing irreparable harm to the United States. Attached please find a news article describing a raid during which a Search Warrant was served on the residence of President Trump. Attorney General has since stated publicly that he signed the Search Warrant. If the Plaintiff proves his case, that Search Warrant was void and the search was unconstitutional. While this case is pending there is no limit to the irreparable harm the Attorney General and his Federal Bureau of Investigation is capable of doing to President Trump and the United States.

Therefore, the Plaintiff requests that the Court Order the Attorney General to halt any further investigation of President Trump until the issues raised in the Plaintiff's Complaint are reached or, in the alternative, permit the P

Plaintiff to immediately file his Motion for Declaratory Judgment.

Respectfully submitted,

*[signature]*

Robert A. Heghmann
P.O. Box 2108
Leander, Texas 78646-2108

## CERTIFICATION

I hereby certify that a copy of this Application was mailed via the U.S. Post Office, postage pre-paid, on August 13, 2022 addressed to the Clerk of the Court and the Office of the U.S. Attorney.

*[signature]*

# FBI Raids Former President Donald Trump's Home



Getty Images
JORDAN DIXON-HAMILTON
8 Aug 2022 1,028
3:22

Former President Donald Trump's Florida home, Mar-A-Lago, was raided by FBI agents, Trump announced in a statement on Monday.

"These are dark times for our Nation, as my beautiful home, Mar- A-Lago in Palm Beach, Florida, is currently under siege, raided, and occupied by a large group of

FBI agents," Trump said. "Nothing like this has ever happened to a President of the United States before."

Trump noted his previous cooperation with law enforcement and called the FBI raid of his home "prosecutorial misconduct." Trump also said it is an example of "the weaponization of the Justice System who desperately don't want me to run for President in 2024."

Trump continued:
After working and cooperating with the relevant Government agencies, this unannounced raid on my home was not necessary or appropriate. It is prosecutorial misconduct, the weaponization of the Justice System, and an attack by Radical Left Democrats who desperately don't want me to run for President in 2024, especially based on recent polls, and who will likewise do anything to stop Republicans and Conservatives in the upcoming Midterm Elections. Such an assault could only take place in broken, Third-World Countries, Sadly, America has now become one of those Countries, corrupt at a level not seen before. They even broke into my safe! What is the difference between this and Watergate, where operatives broke into the Democrat National Committee? Here, in reverse, Democrats broke into the home of the 45th President of the United States.

The former president said that he has been politically persecuted "for years," and pointed to the Russia collusion hoax narrative and two failed impeachments as examples of the continued persecution.

"The political persecution of President Donald J. Trump has been going on for years, with the now fully debunked Russia, Russia, Russia Scam, Impeachment Hoax #1, Impeachment Hoax #2, and so much more, it just never ends," Trump said. "It is political targeting at the highest level!"

He also pointed out that "absolutely nothing has happened" to failed presidential candidate Hillary Clinton, who deleted 33,000 emails after they were subpoenaed by Congress.

Trump added:

Hillary Clinton was allowed to delete and acid wash 33,000 E-mails AFTER they were subpoenaed by Congress. Absolutely nothing has happened to hold her accountable. She even took antique furniture, and other items from the White House. I stood up to America's bureaucratic corruption, I restored power to the people, and truly delivered for our Country, like we have never seen before. The establishment hated it. Now, as they watch my endorsed candidates win big

victories, and see my dominance in all polls, they are trying to stop me, and the Republican Party, once more.

"The lawlessness, political persecution, and Witch Hunt must be exposed and stopped. I will continue to fight for the Great American People," Trump concluded.

*This is a developing news story.*
*Jordan Dixon-Hamilton is a reporter for Breitbart News. Write to him at jdixonhamilton@breitbart.com or follow him on Twitter.*