IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROBERT A. HEGHMANN,<br>    PLAINTIFF,<br><br>V.<br><br>KAMELA HARRIS, VICE PRESIDENT<br>OF THE UNITED STATES AND<br>PRESIDENT OF THE UNITED STATES<br>SENATE,<br>    DEFENDANT. | CAUSE NO. 1:22-CV-627-LY |

## ORDER

**IT IS HEREBY ORDERED** that all pending and future discovery motions as well as all other nondispositive motions in this case are **REFERRED** to United States Magistrate Judge Dustin Howell for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

**IT IS FURTHER ORDERED** that all pending and future dispositive motions are **REFERRED** to United States Magistrate Judge Dustin Howell for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _____ day of September, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE