IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROBERT A. HEGHMANN, § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> KAMALA HARRIS, VICE PRESIDENT § <br> OF THE UNITED STATES AND § <br> PRESIDENT OF THE § <br> UNITED STATES SENATE, § <br> DEFENDANT. § | CAUSE NO. 1:22-CV-00627-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court dismissed Plaintiff's claims with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of standing. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of December, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE