IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROBERT A. HEGHMANN,<br>PLAINTIFF,<br><br>V.<br><br>KAMALA HARRIS,<br>VICE PRESIDENT OF THE UNITED<br>STATES AND PRESIDENT OF<br>THE UNITED STATES SENATE,<br>DEFENDANT. | § § § § § § § § § § § CAUSE NO. 1:22-CV-00627-LY |

## ORDER

Before the court is Plaintiff's Motion for Relief from Judgment, filed January 20, 2023 (Doc. #25), which the court construes as a Rule 60(b) motion for relief from final judgment. The extraordinary relief afforded by Rule 60(b) requires that the moving party make a "showing of unusual or unique circumstances justifying such relief." *Pryor v. U.S. Postal Serv.*, 769 F.2d 281, 286 (5th Cir. 1985).

Having considered the arguments raised in the motion, the court finds that Plaintiff's motion has provided no justifiable ground for relief from final judgment in this case under Rule 60. Further, the court concludes that the magistrate judgment rendered thorough findings and conclusions in the Report and Recommendation which this court approved and adopted. Thus, the court will deny Plaintiff's motion for relief.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Relief from Judgment, filed January 20, 2023 (Doc. #25), is **DENIED**.

Signed this _27th_ day of January, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE